UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 1 8 2020

TONY R. MOORE, CLERK
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| VERSUS | * | 18 U.S.C. § 2251(a) |
| | * | |
| CASEY HOFFMAN | * | |

6:20-cr-00270
Judge Juneau
Magistrate Judge Whitehurst

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### PRODUCTION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2251(a)]

On or about the 27th day of September, 2020, in the Western District of Louisiana,

the defendant, CASEY HOFFMAN, did knowingly use, persuade, induce, entice, coerce,

or attempt to use a minor to engage in sexually explicit conduct for the purpose of

producing a visual depiction of said conduct, which had been produced or transmitted

using material that had been mailed, shipped, or transmitted in or affecting interstate

and foreign commerce, in violation of Title 18, United States Code, Section 2251(a). [18

U.S.C. § 2251(a)]

A TRUE BILL:

_____

FOREPERSON: GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
JOHN W. NICKEL (LA Bar No. 37819)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618