UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA      CRIMINAL NO. 6:20-CRO-00270-01

VERSUS      JUDGE JUNEAU

CASEY HOFFMAN      MAGISTRATE JUDGE WHITEHURST

## DEFENDANT'S REQUEST FOR DISCOVERY

CASEY HOFFMAN, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I). Under subparagraph (H), the defendant specifically requests any and all books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief or which were obtained from or belong to the defendant.

RESPECTFULLY SUBMITTED,
REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:    S/ DUSTIN C. TALBOT (LA #33404)
       Assistant Federal Public Defender
       102 Versailles Blvd., Suite 816
       Lafayette, Louisiana  70501
       (337)262-6336 (Phone)     (337)262-6605 (Fax)
       COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2021, a copy of the foregoing was

filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will

be sent via notice of electronic filing (NEF) to:

**John W. Nickel**
U.S. Attorney's Office

**S/ Dustin C. Talbot**